UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

**Entered on Docket**
**February 02, 2010**

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, N.A.
09-72850

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-17027-mkn |
| Mario E. Membreno and Paola Membreno | Date: 1/13/2010 |
| | Time: 1:30 pm |
| | Chapter 13 |
| Debtors. | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 7359 Topeka Drive, Las Vegas, NV 89147, and legally described as follows:

> Lot 26 in Block 5 of SPRING VALLEY COTTGAES NO. 1-A shown by Map thereof on file in Book 30 of Plats, page 17 in the office of the County Recorder of Clark County, Nevada.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1    IT IS FURTHER ORDERED that in the event a Notice of Default has been recorded against this

2    particular property there can be no sale for sixty (60) days, allowing the Debtor(s) to submit a copy of

3    this Order to the State of Nevada, Foreclosure Mediation Program, and the Order will be construed as an

4    agreement between the Secured Creditor and Debtor(s) that they have voluntarily agreed to a mediation

5    under the Nevada State Foreclosure Mediation Program pursuant to Rule 6 of said program. The

6    necessary information can be accessed at **http://www.nevadajudiciary.us/**.

7

8    DATED this _____ day of _____, 2010.

9    Submitted by:

10   **WILDE & ASSOCIATES**

11   By: ___/s/Gregory L. Wilde, Esq___

12   **Gregory L. Wilde, Esq.**
     Attorney for Secured Creditor

13   208 South Jones Boulevard
     Las Vegas, Nevada 89107

14

15   APPROVED / DISAPPROVED

16   By:_____
     Sanchez Law Group

17   900 South Fourth St.
     Suite 100

18   Las Vegas, NV 89101
     Attorney for Debtor(s)

19

20   APPROVED / DISAPPROVED

21

22   By:_____
     Rick A. Yarnall
     701 Bridger Avenue #820

23   Las Vegas, NV 89101
     Chapter 13 Trustee

24

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
_____ The court waived the requirements of LR 9021.
_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
_____ No parties appeared or filed written objections, and the trustee is the movant.
__x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or   __x__ failed to respond to the document
_____ appeared at the hearing, waived the right to review the order
_____ matter unopposed, did not appear at the hearing, waived the right to review the order
Trustee:
_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or   _x___ failed to respond to the document

_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or   _____ failed to respond to the document
_____ appeared at the hearing, waived the right to review the order
_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or   _____ failed to respond to the document

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor